IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PLANET HOME LENDING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-028 |
| | ) | |
| ALLEN KONCHINSKY and | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court has considered Plaintiff Planet Home Lending, LLC's Motion for an Order Requiring Defendant Allen Konchinsky to Appear and for Service by Publication (the "Motion") and finds good cause to grant it.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is **GRANTED** in its entirety. (Doc. no. 8.)  Defendant Allen Konchinsky is ordered to appear and plead in the above-captioned case by the 60th day after this Order is entered.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Plaintiff SHALL serve notice of this Order on Defendant Allen Konchinsky by publication in the designated legal organ of Columbia County, Georgia, said notice appearing once a week for six consecutive weeks, and that Plaintiff SHALL file proof of said publication into this case upon completion.

Moreover, the Court **ORDERS** Plaintiff, within thirty days of the date of this Order, to conduct a thorough search for Defendant Allen Konchinsky's contact information and attempt to serve him by every means available—include U.S. mail, email, and cellular messaging—at

every discoverable address and phone number which has been used in the last ten years.

SO ORDERED this 14th day of April, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA